# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

| In Re: | ) | |
| --- | --- | --- |
| | ) | Case No. 05-59983 -659 |
| | ) | Chapter 7 |
| Kevin Wayne and Stephania Lynn Heaton | ) ) ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS |
| Debtor(s) | ) | |

Upon application and in accordance with the provisions of 28 USC Section 2042, it is

Ordered that, following review by the Clerk of the sufficiency of the Affidavit of Creditor Information, the Clerk of the US Bankruptcy Court is directed to remit to Kevin Heaton c/o Dilks & Knopik, LLC, the sum of $467.32 now held as unclaimed funds in the treasury for creditor Kevin Heaton.

DONE and ORDERED at St. Louis, Missouri this 29th day of April, 20 16.

_____
United States Bankruptcy Judge